Decided January 25, 2012

PATRICIA ROBINSON *v.* DEPARTMENT OF MENTAL
HEALTH AND ADDICTION SERVICES ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 131 Conn. App. 906 (AC 32920), is denied.

*Patricia Robinson,* pro se, in support of the petition.

*Jane R. Rosenberg,* assistant attorney general, in opposition.

Decided January 25, 2012

EMIL D. ANGHEL *v.* SAINT FRANCIS HOSPITAL
AND MEDICAL CENTER

The plaintiff's petition for certification for appeal from the Appellate Court, 131 Conn. App. 823 (AC 33004), is denied.

*Emil D. Anghel,* pro se, in support of the petition.

*Jessica D. Meerbergen,* in opposition.

Decided January 25, 2012